388

Virginia Ziegler et al., Appellants, v. Arthur Perbix et al., Appellees.

Gen. No. 9,374.

opinion filed February 24, 1943; rehearing denied May 4, 1943. M. J. Brown and Herbert W. Dey, for appellants; L. C. Arnold, Vaught, Foreman & Cleary, W. R. Bellatti and Albert W. Hall, for appellees; O. N. Foreman and E. W. Cleary, of counsel. Opinion by JUSTICE DADY. "Not to be published in full."

Ollie E. Goodman, Appellee, v. Tri-State Mutual Life Association, Appellant.

Gen. No. 9,366.

opinion filed February 24, 1943; rehearing denied May 4, 1943. T. Mac Downing, Samuel Naylor and Samuel J. Naylor, for appellant; Melburg & Love, for appellee. Opinion by JUSTICE HAYES. "Not to be published in full."